UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

MONROE DIVISION

| | |
|---|---|
| **RONNIE LEE SPARKS**<br>    LA. DOC #322786 | **CIVIL ACTION NO. 15-0163**<br>**SECTION P** |
| **VERSUS** | **JUDGE ROBERT G. JAMES** |
| **WARDEN JOHN SMITH** | **MAGISTRATE JUDGE KAREN L. HAYES** |

### J U D G M E N T

For the reasons contained in the Report and Recommendation of the Magistrate Judge filed previously herein, noting the absence objections thereto, and concurring with the Magistrate Judge's findings under the applicable law,

**IT IS ORDERED, ADJUDGED, AND DECREED** that Plaintiff's civil rights Complaint be **DISMISSED** pursuant to the provisions of Fed. R. Civ. P. 41(b).

**MONROE, LOUISIANA,** this 21st day of October, 2015.

_____
ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE